**CHAMBERS PREPARED ORDER**

FILED & ENTERED

APR 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FRANK HARRIS,<br><br><br>Debtor. | Case No.: 6:26-bk-11924-SY<br><br>Chapter 13<br><br>**ORDER DENYING MOTION TO VACATE DISMISSAL** |

The above-captioned bankruptcy case was dismissed on April 2, 2026 because the debtor failed to timely file all required case commencement documents. The debtor filed a Motion to Vacate Dismissal of Chapter 13 for Failure to File Opening Documents ("Motion") [Docket no. 19] on April 2, 2026. The chapter 13 trustee filed his Trustee's Comment on or Objection to Debtor's Motion to Vacate Dismissal [Docket no. 22] on April 6, 2026, recommending denial of the Motion. The court, finding no cause for granting the Motion under Fed. R. Civ. P. 60(b),

IT IS ORDERED that the Motion is denied.

### ###

Date: April 9, 2026

Scott H. Yun
United States Bankruptcy Judge